**IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States of America )   Case Number: 8:12cv 121
Plaintiff, )
v. )   CONSENT TO EXERCISE
)   OF JURISDICTION BY A
$50,000 in U.S. Currency )   UNITED STATES MAGISTRATE JUDGE
)   AND
)   ORDER OF REFERENCE
Defendant )

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] For | Rodolfo Dehoya Jr. | 1/18/13 |
| [signature] For | United States | 1/18/13 |
| For | | |
| For | | |
| For | | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

January 24, 2013
Date

[signature: John M. Gerrard]
United States District Judge

clerk\proc\forms\consent.frm
04/13/11