IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>$50,000.00 IN UNITED STATES CURRENCY,<br><br>                    Defendant. | 8:12CV121<br><br>MEMORANDUM AND ORDER |

After conferring with the parties, their joint motion to continue, (Filing No. 25), is granted, and the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **April 8, 2013**, or as soon thereafter as the case may be called, for a duration of two (2) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **March 27, 2013** at **12:30 p.m.** Counsel may participate in person or by telephone. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 26, 2013.

February 20, 2013.

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge