IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$50,000.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:12CV121<br><br>MEMORANDUM AND ORDER |

  IT IS ORDERED:

  1) The parties' stipulation for resolution of this case, (Filing No. 38), is approved.

  2) Twenty-five thousand dollars and no cents ($25,000.00) of the Defendant property shall be returned to the Claimant, Rodolfo A. DeLeon. The payment will be tendered to the trust account of the Claimant's attorney, David J. Tarrell.

  3) All right, title, or interest in the remaining Defendant property, (viz., $25,000.00), shall be forfeited to the United States, with all right, title, or interest in or to such property held by any person or entity forever barred and foreclosed. The Marshal shall dispose of the defendant property forfeited to United States in accordance with the law.

  4) Plaintiff and Claimant shall pay their own costs and attorney's fees associated with this lawsuit.

  5) Within seven (7) days after receipt of the tendered funds, Claimant's counsel shall file a notice indicating such receipt. Within seven (7) days after the receipt is filed, the parties shall file a joint stipulation for dismissal.

October 28, 2013.          BY THE COURT:

                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge