IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>$50,000.00 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | 8:12CV121<br><br>**JUDGMENT** |

Pursuant to the parties' stipulation for dismissal of this case, (filing no. 41), IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against the Defendant property and the Claimant Rodolfo A. DeLeon are dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 18th day of December, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge